> Motion GRANTED. Hearing reset for 8/28/13 at 11:00 a.m.
>
> /s/ Judge Trauger

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:96-00116 |
| | ) | JUDGE TRAUGER |
| CHARLES ANTHONY DAVIS | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Charles Anthony Davis, through counsel, respectfully requests that the Court continue the supervised release revocation hearing in this matter currently set for Friday, August 23, 2013, at 11:00 a.m. to a date convenient with the Court's calendar. Counsel would show that he is out of the district on military duty on the date scheduled for the revocation hearing.

Respectfully submitted,

s/ Ronald C. Small
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Charles Anthony Davis

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2013, I electronically filed the foregoing *Motion to Continue Revocation Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Brent Hannafan**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Ronald C. Small
RONALD C. SMALL